# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROOSEVELT M. HOGG,

      Plaintiff,

vs.

B. KINCAID, *et al.*,

      Defendants.

**Case No.: 2:15-cv-00788-GMN-VCF**

## ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Roosevelt M. Hogg's claims in the above entitled action are **DISMISSED without prejudice** for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close this case.

**DATED** this \_\_20\_\_ day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court